IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN ERIC CABRERA<br><br>    Defendant. | CR NO:   1:21-CR-00043 DAD |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Steven Eric Cabrera

Detained at Fresno County Jail

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
          charging detainee with: 18 U.S.C. § 922(g)(1); 18 U.S.C. § 922(o)

 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 1, 2021 at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio (559/497-4000) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on **April 1, 2021 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 31, 2021

*/s/ Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒ Male   ☐ Female | |
| Booking or CDC #: | BC0099 | DOB: | 03/24/1995 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | 559/600-8600 | FBI#: | 63385HD5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
                 (signature)